# DETROIT POLICE DEPARTMENT
## DESTRUCTION OF ANIMAL AND ITS ATTEMPT (DOA) REPORT
(To be completed by a non-involved Supervisor)

Page 1 of 1

**Date of Occurrence:** 11/13/18
**Time of Occurrence:** 4:10 PM
**Location of Incident:** [redacted]
**District:** 9TH PRECINCT

### OFFICER #1
- 1-Involved member (Rank/Last/First): [redacted]
- Badge: [redacted]
- Command: GANG INTEL
- Assignment: 4202
- # of rounds fired? 5
- # of rounds striking target: 5
- # of live rounds in primary magazine? 0
- # of live rounds in secondary magazines: 0
- How many prior DOA for this member? 3
- Last Weapon Inspection: 10/01/18
- Last Qualification Date: 04/26/18

### OFFICER #2
(blank)

- Did you canvass the scene? No
- Any Property damage? No
- Any injuries to citizens? No
- Any witnesses? NO
- Notifications made? (List all in circumstances) Yes
- Animal Control Notified? Yes
- Michigan Humane Society Notified? No
- Type of Animal destroyed? PITBULL
- Where was animal disposed of? (Facility) ANIMAL CONTROL

- Owner Notified? No
- Owner's Name: UNKNOWN
- Home Address: UNKNOWN
- Phone Number: (UNK) NOW - N

### Details/Circumstances/Recommendations

ON 11-13-18 AT 4:10 PM CREW CODE 4202 ARRIVED AT [redacted] FOR EXECUTION OF A NARCOTICS SEARCH WARRANT. CREW [redacted] BADGE [redacted] ORDERED A FORCED ENTRY TO THE LOCATION. PRIOR TO ENTRY CREW MEMBERS IDENTIFIED THE PRESENCE OF DOGS INSIDE THE LOCATION. CREW PROVIDED THE OCCUPANTS ANNOUNCED PRESENCE / PURPOSE AND AFTER NO ANSWER FROM WITHIN [redacted] ADVISED CREW THAT THE DOG HAD BEEN SECURED. UPON ENTRY P.O. [redacted] BADGE [redacted] ASSIGNED TO THE SHOTGUN MAN ENTERED THE LOCATION WITH HIS SHOTGUN AT LOW READY. P.O. [redacted] WENT TO THE HALLWAY OF THE LOCATION. UPON ARRIVING IN THE HALLWAY P.O. [redacted] OBSERVED A BLACK PITBULL AND A TAN PITBULL SHOWING HIS TEETH, CHARGING, AND ATTEMPTING TO BITE CREW. P.O. [redacted] FEARING FOR HIS SAFETY AND THE SAFETY OF OTHER OFFICERS ON SCENE FIRED FIVE SHOTS FROM HIS DEPARTMENT ISSUED REMINGTON 870 SHOTGUN SER# [redacted] DPD#26653 WHICH ALL TOOK EFFECT NEUTRALIZING BOTH ANIMALS. THE DOG CARCUSSES WERE CONVEYED TO THE DETROIT ANIMAL CONTROL FOR DISPOSAL BY DETROIT ANIMAL CONTROL CODE D-28. SERGEANT BRAY RECOVERED ON ET#1811130264-3-7 - (5) SPENT SHOTGUN SHELLS. ALL ROUNDS WERE ACCOUNTED FOR. THERE WAS NO PROPERTY DAMAGE OBSERVED AND NO ONE WAS INJURED. SUNGUARD #1811130264 WAS COMPLETED BY ALL CREW MEMBERS.

THE RAID VAN DRIVEN BY THE OFFICERS IS NOT EQUIPPED WITH AUDIO OR VIDEO RECORDING, HOWEVER P.O. [redacted] BODY WORN CAMERA DID CAPTURE THE INCIDENT. I CONDUCTED A REVIEW OF THAT BODY CAMERA VIDEO, AND BODY CAMERA FOOTAGE OF OTHER CREW MEMBERS AND FOUND NO DISCREPANCIES. ALL NOTIFICATIONS WERE MADE FROM THE SCENE BY MYSELF [redacted] NOTIFICATION AND CONTROL - SGT. BREWINGTON, #9 DESK- SGT. BURTON, [redacted] GANG INTEL, AND [redacted] ORGANIZED CRIME.

AFTER CONDUCTING AN INVESTIGATION REGARDING THIS INCIDENT, I RECOMMEND THIS MATTER BE CLOSED. I FIND P.O. [redacted] FOLLOWED DEPARTMENT POLICY 304.2 4.7 DANGEROUS ANIMALS; AN OFFICER MAY SHOOT A DANGEROUS AND/OR RABID ANIMAL THAT IS POSING AN IMMINENT THREAT OF DANGER TO THE OFFICER OR OTHERS ONLY WHEN BYSTANDERS ARE NOT IN JEOPARDY.

---

- PRINT-Supervisor (Rank/Last/First): [redacted] — Badge: S-514 — Assignment: 4202 — Date: 11-13-18
- PRINT-Shift Supervisor (Rank/Last/First): [redacted] — Badge: L-299 — OIC — Date: 11-13-18
- PRINT-Commander (Last/First): [redacted] — Date: 11/20/18
- PRINT-Deputy Chief (Last/First): DEPUTY CHIEF WILSON, MARLON — Signature: D.C. [signature] — Date: 12-3-18

Printed: 2/4/19

EXHIBIT 1