UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KIRA HORNE,**

        Plaintiff,                    Case No.  19-13724

v.                                        Hon: Paul D. Borman

**CITY OF DETROIT POLICE OFFICER
NATHAN MILLER and the CITY OF
DETROIT,**

        **Defendants.**

---

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that all claims against defendants in the above captioned matter are dismissed with prejudice and without costs or attorney fees to any party.  All pending claims are hereby resolved, and this case is now closed.

                                            s/Paul D. Borman
                                            **Paul D. Borman
                                            United States District Judge**

Stipulation to substance and form:

/s/Christopher S. Olsen           /s/Michael M. Muller
**Christopher S. Olsen (P-58780)**    **Michael M. Muller (P-38070)**
Attorney for Plaintiffs               Attorney for Defendants